

# United States District Court

## DISTRICT OF CONNECTICUT

Chambers of
Janet C. Hall
U.S. District Judge

915 Lafayette Boulevard
Bridgeport, CT 06604
203-579-5554

May 20, 2004

SELF INITIATED
AMENDMENT

George D. Reynolds, Staff Counsel
Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Blvd., N.E.
Washington, D.C. 20544

RE: 2003 Year-End Financial Disclosure Report

Dear Attorney Reynolds:

In reviewing my recently filed Financial Report for Year-End 2003, I discovered an error regarding a reportable position I hold, which was omitted from Section I - Positions. Please accept this letter as an amendment to the 2003 Report.

I am, and was in 2003, a member of the Board of Directors of the Federal Judges Association.

If you have any questions, please do not hesitate to call me.

Sincerely,



Janet C. Hall

JCH:gs

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| I. Person Reporting (Last name, First name, Middle initial)<br><br>HALL, JANET C | 2. Court or Organization<br><br>U.S. District Court (D.CT) | 3. Date of Report<br><br>5/13/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ● Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>915 Lafayette Blvd.<br>Bridgeport, CT 06604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
May 20 12 01 PM '04
FINANCIAL
DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | HALL, JANET C | 5/13/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self-employed lawyer |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Council | Winter Bench & Bar Conference; 2/17/03 - 2/22/03; Kapalua, Hawaii (Transportation, lodging & food) |
| 2. | Federal Bar Council | Dinner; 3/13/03; New Haven, CT (food) |
| 3. | Federal Bar Council | Luncheon; 11/26/03; New York, NY (food) |
| 4. | New York Intellectual Property Law Association | 3/28/03; New York, NY (lodging & food) |
| 5. | Federal Judges Association | Annual Board Meeting; 5/3/03-5/4/03 (lodging & food) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Van Eck Global | A | Dividend | J | T | | | | | |
| 2. State of Israel 12 Yr 5th Indiv. Var Rate Issue Bond | A | Interest | J | T | | | | | |
| 3. State of Israel Bond - Exp. 1/01/13 | B | Interest | K | T | | | | | |
| 4. Paine Webber Money Fund | A | Interest | J | T | | | | | |
| 5. Templeton Dragon Fund | A | Dividend | K | T | | | | | |
| 6. Templeton Global Small Cos Growth Fd Cl 1 Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Mutual Qualified FD CL 2 Mutual Series | C | Dividend | M | T | | | | | |
| 8. Chartlinks, L.P. | | None | J | W | | | | | |
| 9. Strips-tprp Pmt on 10.625 2015 T/Bond-8/15/2015 | A | Interest | J | T | | | | | |
| 10. Strips Tint-US Treasury Mat. 11/15/20 | A | Interest | J | T | | | | | |
| 11. Vanguard Windsor II Fund | B | Dividend | L | T | Char. Gift | 12/30 | K | | |
| 12. Templeton Growth Fund Class A | A | Dividend | J | T | | | | | |
| 13. Mutual Discovery Fund CL2 | A | Dividend | K | T | | | | | |
| 14. ██████ P.C. (X) | G | | M | W | | | | | |
| 15. Partnership Interest in Whitney-Humphrey Assc. (X) | A | Distribution | J | Q | | | | | |
| 16. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 17. Cash Value Life Insurance | | None | K | T | | | | | |
| 18. Cash Value Life Insurance | | None | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Aim Weingarten CL.B | | None | K | T | | | | | |
| 20. Franklin Sm Mid Cap Gr Fund  Class A | | None | L | T | | | | | |
| 21. Excelsior Value & Rest. | A | Dividend | L | T | Buy | 7/8 | J | | |
| 22. Excelsior Value & Rest. | | | | | Buy | 7/22 | J | | |
| 23. Royce Total Return Fund | A | Dividend | L | T | Buy | 7/8 | J | | |
| 24. Schwab US Treas Money Fund | A | Interest | J | T | | | | | |
| 25. Sound Shore Fund | A | Dividend | L | T | | | | | |
| 26. Baron Asset | | None | | T | Sold | 8/27 | L | | |
| 27. Gabelli Growth | | None | K | T | | | | | |
| 28. Thornburg Value Fund  CL.A | A | Dividend | L | T | Buy | 7/8 | K | | |
| 29. Thornburg Value Fund CL.A | | | | | Buy | 7/22 | J | | |
| 30. Westport Sm.Cap.CL.R | | None | L | T | Buy | 7/8 | J | | |
| 31. Westport Sm.Cap.CL.R | | | | | Buy | 7/22 | J | | |
| 32. Schwab Value Advantage Money Fund | B | Dividend | M | T | | | | | |
| 33. Schwab US Treas Money Fund | A | Dividend | | T | Sold | 7/23 | K | | |
| 34. Oakmark Select | A | Dividend | L | T | Buy | 7 8 | J | | |
| 35. Oakmark Select | | | | | Buy | 7/22 | J | | |
| 36. Strong Advisor Small Cap Value Z | B | Dividend | L | | Buy | 7/8 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Strong Advisor Small Cap Value Z | | | | | Buy | 7/22 | J | | |
| 38. Citizens Bank | A | Interest | L | T | | | | | |
| 39. Muhlenkamp Fund | | None | L | T | Buy | 7/8 | K | | |
| 40. Muhlenkamp Fund | | | | | Buy | 7/22 | J | | |
| 41. Oakmark Select Fund | A | Dividend | L | T | Buy | 7/8 | J | | |
| 42. Oakmark Select Fund | A | Dividend | L | T | Buy | 7/22 | J | | |
| 43. Strong Advisor Small Cap Value Z | B | Dividend | L | T | Buy | 7/8 | K | | |
| 44. Strong Advisor Small Cap Value Z | B | Dividend | L | T | Buy | 7/22 | J | | |
| 45. Schwab US Treas | A | Dividend | J | T | | | | | |
| 46. Westport Sm. Cap Class R. | | None | L | T | | | | | |
| 47. AMR Corp. | | None | J | T | | | | | |
| 48. Schwab Value Advantage Money Market Fund | A | Dividend | L | T | | | | | |
| 49. Artisan Int'l Small Cap | C | Dividend | L | T | Buy | 8/27 | K | – | |
| 50. PBHG Clipper Focus Int'l | A | Dividend | L | T | Buy | 6/11 | J | | |
| 51. Muhlenkamp Fund | | None | L | T | | | | | |
| 52. Calamos | | None | L | T | Buy | 8/27 | J | | |
| 53. Calamos | | | | | Buy | 8/28 | L | | |
| 54. Third Ave. Real Est. Value Fund | A | Dividend | J | T | Buy | 8/27 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HALL, JANET C | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Third Ave. International Value Fund | A | Dividend | J | T | Buy | 8/27 | J | | |
| 56. ING Orange Acct. | A | Interest | | T | Buy | 4/7 | K | | |
| 57. ING Orange Acct. | | | | T | Sold | 10/9 | K | | |
| 58. Buffalo Sm. Cap | A | Dividend | K | T | Buy | 7/8 | K | | |
| 59. Calamos Growth Fund | | | K | T | Buy | 7/8 | K | | |
| 60. Excelsior Value & Restr. Fund | A | Dividend | K | T | Buy | 7/8 | K | | |
| 61. Jensen Portfolio | A | Dividend | K | T | Buy | 7/8 | K | | |
| 62. Vanguard 500 Index Fund | A | Dividend | K | T | Buy | 7/8 | K | | |
| 63. Vanguard MidCap Fund | A | Dividend | K | T | Buy | 7/8 | K | | |
| 64. T. Rowe Price MidCap | | None | K | T | Buy | 10/14 | K | | |
| 65. Dodge & Cox Stock Fund | A | Dividend | K | T | Buy | 10/14 | K | | |
| 66. Royce Total Return | A | Dividend | K | T | Buy | 10/14 | K | | |
| 67. Schwab Money Market Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

Section VII:
Line 14: Passive income from sub-chapter S corporation.
Line 15: The appraisal date is 12/20/96.
Line 67: See letter of 5/13/04 amending prior Reports.

2002 YE Report, Lines 1 and 38: the asset value fell below the reporting threshold during 2003.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign_____          Date___5-13-04_____

NO[...]VIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE [...]CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544